```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JERRY D. CANADA**                                                       PLAINTIFF

v.                           Civil No. 10-5118

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                       DEFENDANT

### O R D E R

Now on this 19th day of July, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 10) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 10) is hereby **adopted *in toto***;

**IT IS FURTHER ORDERED** that the decision of the ALJ is hereby **affirmed**; and

**IT IS FURTHER ORDERED** that this case is hereby **dismissed with prejudice.**

IT IS SO ORDERED.

                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE